UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GLADYS DOTSON,

  Plaintiff,

v.                                          CASE NO.: 3:17-cv-01062-TJC-JBT

ENHANCED RECOVERY COMPANY, LLC,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Gladys Dotson, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Richard D. Rivera, Esquire, 50 North Laura Street, Suite 2600, Jacksonville, Florida 32202, at rrivera@sgrlaw.com on this 1 day of February, 2018.

                                              */s/Frank H. Kerney, III, Esquire*
                                              Frank H. Kerney, III, Esquire
                                              Florida Bar #: 88672
                                              Morgan & Morgan, Tampa, P.A.
                                              One Tampa City Center
                                              201 North Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Telephone: (813) 223-5505
                                              Facsimile: (813) 223-5402
                                              fkerney@forthepeople.com
                                              jkneeland@forthepeople.com
                                              snazario@forthepeople.com
                                              *Counsel for Plaintiff*